-PROB 12
REVISED (05/90)

FILED BY _____ D.C.

05 DEC 15 PM 3: 46

UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. __Denozanna Moore__          Docket No. __2:03CR20259-01__

### Petition on Probation and Supervised Release

**COMES NOW** __Christy J. Henson__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Denozanna Moore,__ who was placed on supervision by the Honorable __Bernice B. Donald__ sitting in the Court at __Memphis, TN,__ on the __6th__ day of January, __2004,__ who fixed the period of supervision at __two (2) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate as directed in a program (outpatient/inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependancy which may include testing for the detection of substance use or abuse.

2. The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer.

3. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases in excess of $500.00 without approval of the Probation Officer.

4. The defendant shall provide the Probation Officer access to any requested financial information.

5. The defendant shall make third party risk notification.

6. The defendant shall pay restitution in the amount of $20,185.50 jointly and severally.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As of November 16, 2005, Denozanna Moore has paid $400.00 toward her Court ordered restitution obligation leaving an outstanding balance of $19,785.50. Ms. Moore has been unable to satisfy her financial obligation due to periods of unemployment, chronic pain from Endometriosis, Clonic Diverticulosis, and mild Leukopenia. Ms. Moore has met with Gloria Hepburn of the United States Attorney's Financial Litigation Unit and agreed to pay Fifty Dollars ($50.00) each month after her supervision ends. Ms. Moore was also informed payments will increase based upon her earnings.

**PRAYING THAT THE COURT WILL ORDER** that Denozanna Moore be allowed to end her term of Probation as scheduled with the understanding that the United States Attorney's Office will be responsible for the continued collection of the obligation.

**ORDER OF COURT**

Considered and ordered this __15th__ day __December__, 20__05__, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule ___ and/or 32(b) FRCrP on __12-19-05__

**Respectfully,**

_Christy J. Henson_
Christy J. Henson
United States Probation Officer

Place: __Memphis, TN 38103__

Date: __December 8, 2005__

(30)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CR-20259 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT